# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SWEENEY, | ) |
| Plaintiff, | ) Civil Action No. 20-876 |
| v. | ) Judge Cathy Bissoon |
| ALLY BANK CORP., | ) |
| Defendant. | ) |

## ORDER OF REMAND

Plaintiff has filed an affidavit consistent with the Court's Order filed at Doc. 11. *See* Doc. 12-1 (clarifying that Plaintiff does not seek damages, inclusive of attorney's fees, in excess of $75,000, and will remit sums in excess thereof, exclusive of costs and interest); *see also* 28 U.S.C. § 1332(a) ($75,000 limit is "exclusive of interest and costs").  Accordingly, this case is **REMANDED FORTHWITH** to the Court of Common Pleas of Armstrong County, Pennsylvania (Case No. 2020-0491-CIVIL).

IT IS SO ORDERED.

February 23, 2021

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record